UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.:   2:25-cv-11182-AB-MBK | Date:   March 2, 2026 |
|---|---|

| Title:   *Hongxing Xia v. David M. Radel* |
|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:     [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met.  Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before March 13, 2026,** why this action should not be dismissed for lack of prosecution.   This matter will stand submitted upon the filing of Plaintiff's response.  *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒     Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed.  Plaintiff has failed to file a proof of service within 90 days of the filing of the Complaint on the following Defendant: David M. Radel.

   If Plaintiff needs more time to effectuate service, the response must include a request for extension of time to serve and a proposed order setting a new deadline to file a proof of service.

**IT IS SO ORDERED**.

CV-90 (12/02)     **CIVIL MINUTES – GENERAL**     Initials of Deputy Clerk <u>EVC</u>

2